DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

REGINA CLARK,

Appellant,

v.

DAVID T. CLARK,

Appellee.

No.  2D2023-2399

_____

May 24, 2024

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Hillsborough County; Lindsay M. Alvarez, Judge.

Regina Clark, pro se.

No appearance for Appellee.

PER CURIAM.

   Affirmed.

NORTHCUTT, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.